6/23

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

UNITED STATES OF AMERICA,
Plaintiff,
vs.
Francisco MONTIJO-Martinez
AKA: None Known
098298111
YOB: 1958
Citizen of Mexico
Defendant

Magistrate Case No. 11-9368M

COMPLAINT FOR VIOLATION OF

Title 8, United States Code, Section 1326(a)
Re-entry After Removal (Felony).

The undersigned complainant being duly sworn states:

COUNT I

That on or about June 23, 2011, Defendant Francisco MONTIJO-Martinez, an alien, was found in the United States at or near San Luis, Arizona within the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States to Mexico through the port of Nogales, Arizona on or about November 8, 2010. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

AUSA [signature]

[signature]
Signature of Complainant
Michael Martin
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

June 24, 2011 at Yuma, Arizona
Date / City and State

James F. Metcalf, U.S. Magistrate
Name & Title of Judicial Officer

[signature]
Signature of Judicial Officer

UNITED STATES OF AMERICA

V.

Francisco MONTIJO-Martinez
AKA: None Known
098298111

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about June 23, 2011, near San Luis, Arizona. Questioning of the Defendant revealed that the defendant is a citizen of Mexico, and was not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks agents determined that on or about November 8, 2010, the Defendant had been removed from the United States through the port of Nogales, Arizona.

Agents determined that on or about June 22, 2011, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

Signature of Complainant

Sworn to before me and subscribed in my presence,

June 24, 2011
Date

Signature of Judicial Officer